# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL NO. 5:05cv00027-W

| | |
|---|---|
| PAUL OLLIS and OLLIS ENTERPRISES, INC., ) ) ) Plaintiffs, ) ) vs. ) ) IKON OFFICE SOLUTIONS, INC., ) IOS CAPITOL, INC., IOS CAPITAL, ) LLC, IKON FINANCIAL SERVICES ) and GENERAL ELECTRIC ) COMPANY (d/b/a GE ) COMMERCIAL FINANCE), ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no activity in this case since August 22, 2006, when the Court entered an Order (Document No. 24) granting Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Set of Interrogatories and Request for Production (Document No. 23). Further, it appears to the Court that although no intial pretrial conference has been conducted, the parties had agreed to September 29, 2006, as the deadline for completion of discovery, and October 30, 2006, as the deadline for filing dispositve motions. (Doc. No. 21). All deadlines have passed, and no dispositive motions are pending before this Court. Accordingly, the Court directs the parties to file a written report, indicating the status of the case, within twenty days from the filing date of this Order. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, within **twenty (20) calendar days** from the filing date of this Order.

Signed: January 4, 2007

Frank D. Whitney
United States District Judge